IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA,

    Plaintiff,

v.                                                  Case No. 17-cv-410-wmc

TOM REILLY,

    Defendant.

## DEFAULT JUDGMENT

The Defendant, Tom Reilly, having failed to appear, plead or otherwise defend in this action, and default having been entered on August 3, 2017, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and Affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff Berkshire Life Insurance Company of America and against Defendant Tom Reilly as follows:

1. Policy Nos. Z3145890 and Z9737500 are rescinded due to material misrepresentations in the application.

2. Policy Nos. Z3145890 and Z9737500 are set aside, cancelled and rendered null and void and of no effect, and Berkshire Life Insurance Company of America has no obligation or liability under those policies other than to refund the premiums paid.

3. Defendant Tom Reilly is ordered to pay statutory costs to plaintiff, including costs incurred by Reilly's failure to waive service under Federal Rule of Civil Procedure 4(d),

but is otherwise relieved of further obligation or liability with respect to the subject matter of plaintiff's complaint.

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Approved as to form this 25th day of September, 2017.

_____
William M. Conley
District Judge

_____   9/25/17
Peter Oppeneer                                              Date
Clerk of Court